```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:03-cr-00186 MCE |
|---|---|
| Plaintiff, | ) **ORDER DIRECTING RETURN OF** |
| | ) **DEFENDANT TO UNITED STATES** |
| v. | ) **PENITENTIARY** |
| POSTINO ARCEL WARE, | ) **RETROACTIVE CRACK COCAINE** |
| | ) **REDUCTION CASE** |
| Defendant. | ) |

This matter came before the Court on May 3, 2012, for hearing on the defendant's pro se motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). For the reasons set forth on the record, the Court denied the motion and reaffirmed its previously imposed sentence.

Accordingly, the United States Marshal Service is ordered to return Postino Arcel Ware, 14417-097, to the United States Penitentiary at Lompoc, California.

IT IS SO ORDERED.

Dated: June 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE